RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Julio Cesar Carranza Ibarra

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00353-RFB-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| JULIO CESAR CARRANZA IBARRA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Julio Cesar Carranza Ibarra, that the Sentencing Hearing currently scheduled on August 10, 2018 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ten (10) days. In addition, counsel for the defense will be out of the jurisdiction from August 16-20, 2018.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defense is waiting on letters of support and documentation from the client's family in Mexico.

1    2.    The defendant is in custody and agrees with the need for the continuance.

2    3.    The parties agree to the continuance.

3    This is the first request for a continuance of the sentencing hearing.

4    DATED this 9th day of August, 2018.

5

6    RENE L. VALLADARES                         DAYLE ELIESON
     Federal Public Defender                    United States Attorney

7

8         */s/ Heidi A. Ojeda*                            */s/ Robert Knief*
     By_____       By_____

9    HEIDI A. OJEDA                             ROBERT KNIEF
     Assistant Federal Public Defender          Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00353-RFB-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JULIO CESAR CARRANZA IBARRA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, August 10, 2018 at 10:00 a.m. be vacated and continued to  August 21, 2018  at the hour of  4 : 00  p .m.

DATED this 9th day of August, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE